IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

QUEEN ROGERS                                                    PLAINTIFF

VERSUS                                  CIVIL ACTION NO. 5:04cv337-DCB-JMR

YOROZU AUTOMOTIVE AND
WILLSTAFF WORLDWIDE STAFFING                                   DEFENDANTS

### FINAL JUDGMENT

This cause having come before the Court *sua sponte*, and the Court having dismissed the action for failure to prosecute in a separate Memorandum Opinion and Order; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 4TH day of May, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE